[No. 24909–6–I.   Division One.   March 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACY K. WIESE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–00953–2, Anne L. Ellington, J., entered July 26, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25003–5–I.   Division One.   March 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. VA SENH TANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–02885–1, Anthony P. Wartnik, J., entered October 13, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24929–1–I.   Division One.   March 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL WINDHORN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01737–8, Jim Bates, J., entered October 13, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 26841–4–I.   Division One.   March 4, 1991.]

RICHARD L. CANNON, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–21062–2, Marsha J. Pechman, J., entered July 31, 1990. *Affirmed* by unpublished per curiam opinion.